UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
EMELIKE NWOSUOCHA,                                                   :   1:21-cv-04047 (VM)
                                                                     :
                      Plaintiff,                                     :
             v.                                                      :
                                                                     :
DONALD MCKINLEY GLOVER, II, et al.,                                  :
                                                                     :
                      Defendants.                                    :
---------------------------------------------------------------------X

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Emelike Nwosuocha, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court Decision and Order, entered March 24, 2023 (ECF No. 100), and Judgment, entered March 24, 2023 (ECF No. 101), that granted the Motion to Dismiss of Defendants Donald McKinley Glover, II, Jeffrey Lamar Williams, Ludwig Emil Tomas Gransson, Kobalt Music Publishing America, Inc. d/b/a/ Songs of Kobalt Music Publishing, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC f/k/a Theory Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing d/b/a Songs of Roc Nation, Songs of Universal, Inc., and Warner-Tamerlane Publishing Corp. with prejudice to leave to amend. This appeal is taken from each and every part of the March 24, 2023 Decision and Order

Dated: New York, New York
April 21, 2023

             Respectfully submitted,

             **AIDALA, BERTUNA & KAMINS, P.C.**
By: /s/ Imran H. Ansari
             Imran H. Ansari, Esq.
             546 Fifth Avenue, 6th Floor
             New York, NY 10036
             T: (212) 486-0011
             F: (212) 750-8297
             iansari@aidalalaw.com

             *Attorneys for Plaintiff Emelike Nwosuocha*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: New York, New York
April 21, 2023

                                            **AIDALA, BERTUNA & KAMINS, P.C.**

                    By:    /s/ Imran H. Ansari
                           Imran H. Ansari, Esq.
                           546 Fifth Avenue, 6th Floor
                           New York, NY 10036
                           T: (212) 486-0011
                           F: (212) 750-8297
                           iansari@aidalalaw.com

                           *Attorneys for Plaintiff Emelike Nwosuocha*

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:21−cv−04047−VM

| | |
|---|---|
| Nwosuocha v. Glover II et al<br>Assigned to: Judge Victor Marrero<br>Cause: 17:501 Copyright Infringement | Date Filed: 05/05/2021<br>Date Terminated: 03/24/2023<br>Jury Demand: Plaintiff<br>Nature of Suit: 820 Copyright<br>Jurisdiction: Federal Question |

**Plaintiff**

**Emelike Nwosuocha**    represented by    **Imran H. Ansari**
Aidala Bertuna & Kamins PC
546 Fifth Avenue
Ste 6th Floor
New York, NY 10036
212−486−0011
Fax: 212−750−8297
Email: iansari@aidalalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald McKinley Glover II**    represented by    **Jonathan David Davis**
Jonathan D. Davis, P.C.
1 Rockefeller Plaza
Suite 1712
New York, NY 10020
212−687−5464
Email: Jdd@Jddavispc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Derek Andrew Williams**
Jonathan D. Davis, P.C.
1 Rockefeller Plaza
Suite 1712
New York, NY 10020
212−687−5464
Fax: 212−697−2521
Email: daw@jddavispc.com
*TERMINATED: 06/21/2022*

**Defendant**

**RCA Records**
*TERMINATED: 04/28/2022*    represented by    **Jonathan David Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Derek Andrew Williams**
(See above for address)
*TERMINATED: 06/21/2022*

**Defendant**

**Sony Music Entertainment**    represented by    **Jonathan David Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Derek Andrew Williams**<br>(See above for address)<br>*TERMINATED: 06/21/2022* |
| **Defendant**<br>**Young Stoner Life Publishing LLC** | represented by | **Jonathan David Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Derek Andrew Williams**<br>(See above for address)<br>*TERMINATED: 06/21/2022* |
| **Defendant**<br>**Kobalt Music Publishing America, Inc.**<br>*doing business as*<br>Songs of Kobalt Music Publishing | represented by | **Jonathan David Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Derek Andrew Williams**<br>(See above for address)<br>*TERMINATED: 06/21/2022* |
| **Defendant**<br>**Theory Entertainment LLC**<br>*doing business as*<br>300 Entertainment | represented by | **Jonathan David Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Derek Andrew Williams**<br>(See above for address)<br>*TERMINATED: 06/21/2022* |
| **Defendant**<br>**Atlantic Recording Corporation** | represented by | **Jonathan David Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Derek Andrew Williams**<br>(See above for address)<br>*TERMINATED: 06/21/2022* |
| **Defendant**<br>**Roc Nation Publishing LLC**<br>*doing business as*<br>Songs of Roc Nation | represented by | **Alex Spiro**<br>Quinn Emanuel Urquhart & Sullivan (NYC)<br>51 Madison Avenue<br>New York, NY 10010<br>212–849–7000<br>Fax: 212–849–7100<br>Email: alexspiro@quinnemanuel.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Paul Brian Maslo**<br>Quinn, Emanuel, Urquhart & Sullivan, LLP<br>711 Louisiana Street<br>Suite 500<br>Houston, TX 77002<br>713–221–7130 |

                                        Email: paulmaslo@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Songs of Universal, Inc.**     represented by    **Donald S. Zakarin**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212 326 0108
Fax: 212 326 0806
Email: DZakarin@pryorcashman.com
*ATTORNEY TO BE NOTICED*

                                        **Ilene Susan Farkas**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212–421–4100
Fax: 212–326–0806
Email: ifarkas@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner Music Group Corp.**     represented by    **Jonathan David Davis**
*TERMINATED: 04/28/2022*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Derek Andrew Williams**
(See above for address)
*TERMINATED: 06/21/2022*

**Defendant**

**Warner–Tamerlane Publishing Corp.**     represented by    **Jonathan David Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Derek Andrew Williams**
(See above for address)
*TERMINATED: 06/21/2022*

**Defendant**

**Ludwig Emil Tomas Goransson**     represented by    **Jonathan David Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Derek Andrew Williams**
(See above for address)
*TERMINATED: 06/21/2022*

**Defendant**

**Jefferey Lamar Williams**     represented by    **Jonathan David Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Derek Andrew Williams**
(See above for address)
*TERMINATED: 06/21/2022*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2021 | 1 | COMPLAINT against Atlantic Recording Corporation, LUDWIG EMIL GRANSSON, Donald McKinley Glover II, KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a/ SONGS OF KOBALT MUSIC PUBLISHING, RCA Records, ROC NATION PUBLISHING LLC d/b/a SONGS OF ROC NATION, Songs of Universal, Inc., Sony Music Entertainment, THEORY ENTERTAINMENT LLC d/b/a 300 ENTERTAINMENT, JEFFEREY LAMAR WILLIAMS, Warner Music Group Corp., Warner–Tamerlane Publishing Corp., YOUNG STONER LIFE PUBLISHING LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC–24499999)Document filed by Emelike Nwosuocha. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I).(Ansari, Imran) (Entered: 05/06/2021) |
| 05/06/2021 | 2 | CIVIL COVER SHEET filed..(Ansari, Imran) (Entered: 05/06/2021) |
| 05/06/2021 | 3 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Ansari, Imran) (Entered: 05/06/2021) |
| 05/06/2021 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Imran H. Ansari. The party information for the following party/parties has been modified: YOUNG STONER LIFE PUBLISHING LLC, THEORY ENTERTAINMENT LLC d/b/a 300 ENTERTAINMENT, JEFFEREY LAMAR WILLIAMS, ROC NATION PUBLISHING LLC d/b/a SONGS OF ROC NATION, KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a/ SONGS OF KOBALT MUSIC PUBLISHING, LUDWIG EMIL GRANSSON. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; alias party name was omitted;. (pc) (Entered: 05/06/2021) |
| 05/06/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Victor Marrero. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 05/06/2021) |
| 05/06/2021 | | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 05/06/2021) |
| 05/06/2021 | | Case Designated ECF. (pc) (Entered: 05/06/2021) |
| 05/06/2021 | 4 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(pc) (Entered: 05/06/2021) |
| 05/06/2021 | 5 | LETTER addressed to Judge Victor Marrero from Imran H. Ansari dated 05/06/2021 re: Systems error affecting Exhibit A to Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 05/06/2021) |
| 05/06/2021 | 6 | NOTICE of Exhibit A to Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 05/06/2021) |
| 07/30/2021 | 7 | LETTER MOTION for Extension of Time *to Serve Complaint* addressed to Judge Victor Marrero from Imran H. Ansari dated 07/30/21. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 07/30/2021) |

| | | |
|---|---|---|
| 08/02/2021 | 8 | ORDER granting 7 Letter Motion for Extension of Time. Request GRANTED. Plaintiff's request for a 60 day enlargement of the time for service is hereby granted. SO ORDERED. (Signed by Judge Victor Marrero on 8/2/2021) (ate) (Entered: 08/02/2021) |
| 09/16/2021 | 9 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Atlantic Recording Corporation, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 10 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Songs of Universal, Inc., re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 11 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to RCA Records, Inc., re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 12 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Sony Music Entertainment, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 13 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Warner Music Group, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 14 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Warner–Tamerlane Publishing Corp., re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 15 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Theory Entertainment LLC d/b/a 300 Entertainment, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 16 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Young Stoner Life Publishing, LLC, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 17 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Roc Nation Publishing LLC d/b/a Songs of Roc Nation, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 18 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to EMIL TOMAS GRANSSON, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 19 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Donald McKinley Glover II, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/16/2021 | 20 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, re: 1 Complaint. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/17/2021 (sj). (Entered: 09/16/2021) |
| 09/17/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Imran H. Ansari to RE–FILE |

|  |  |  |
|---|---|---|
|  |  | **Document No. 17 Request for Issuance of Summons, 16 Request for Issuance of Summons, 19 Request for Issuance of Summons, 13 Request for Issuance of Summons, 14 Request for Issuance of Summons, 18 Request for Issuance of Summons, 20 Request for Issuance of Summons, 10 Request for Issuance of Summons, 11 Request for Issuance of Summons, 9 Request for Issuance of Summons, 15 Request for Issuance of Summons, 12 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Plaintiff's attorney information was omitted on PDF. Please note that you may file separate summonses or file one summons form with a rider/addendum attached listing all Defendants and addresses. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (sj)** (Entered: 09/17/2021) |
| 09/17/2021 | 21 | REQUEST FOR ISSUANCE OF SUMMONS as to Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 22 | REQUEST FOR ISSUANCE OF SUMMONS as to Donald McKinley Glover II, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 23 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF and AS TO ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to EMIL TOMAS GORANSSON, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) Modified on 9/20/2021 (gp). (Entered: 09/17/2021) |
| 09/17/2021 | 24 | REQUEST FOR ISSUANCE OF SUMMONS as to Roc Nation Publishing LLC d/b/a Songs of Roc Nation, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 25 | REQUEST FOR ISSUANCE OF SUMMONS as to Young Stoner Life Publishing, LLC, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 26 | REQUEST FOR ISSUANCE OF SUMMONS as to Theory Entertainment LLC d/b/a 300 Entertainment, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 27 | REQUEST FOR ISSUANCE OF SUMMONS as to Warner–Tamerlane Publishing Corp., re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 28 | REQUEST FOR ISSUANCE OF SUMMONS as to Warner Music Group, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 29 | REQUEST FOR ISSUANCE OF SUMMONS as to Sony Music Entertainment, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 30 | REQUEST FOR ISSUANCE OF SUMMONS as to RCA Records, Inc., re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 31 | REQUEST FOR ISSUANCE OF SUMMONS as to Songs of Universal, Inc., re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/17/2021 | 32 | REQUEST FOR ISSUANCE OF SUMMONS as to Atlantic Recording Corporation, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/17/2021) |
| 09/20/2021 | 33 | ELECTRONIC SUMMONS ISSUED as to Donald McKinley Glover II..(gp) (Entered: 09/20/2021) |

| | | |
|---|---|---|
| 09/20/2021 | 34 | ELECTRONIC SUMMONS ISSUED as to Kobalt Music Publishing America, Inc...(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 35 | ELECTRONIC SUMMONS ISSUED as to Roc Nation Publishing LLC..(gp) (Entered: 09/20/2021) |
| 09/20/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Imran H. Ansari to RE−FILE Document No. 23 Request for Issuance of Summons. The filing is deficient for the following reason(s): party name on the TO section of the PDF and docket entry does not match the entire name of the party on the pleading and case. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (gp)** (Entered: 09/20/2021) |
| 09/20/2021 | 36 | ELECTRONIC SUMMONS ISSUED as to Young Stoner Life Publishing LLC..(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 37 | ELECTRONIC SUMMONS ISSUED as to Theory Entertainment LLC..(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 38 | ELECTRONIC SUMMONS ISSUED as to Warner−Tamerlane Publishing Corp...(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 39 | ELECTRONIC SUMMONS ISSUED as to Warner Music Group Corp...(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 40 | ELECTRONIC SUMMONS ISSUED as to RCA Records..(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 41 | ELECTRONIC SUMMONS ISSUED as to Atlantic Recording Corporation..(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 42 | ELECTRONIC SUMMONS ISSUED as to Songs of Universal, Inc...(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 43 | ELECTRONIC SUMMONS ISSUED as to Sony Music Entertainment..(gp) (Entered: 09/20/2021) |
| 09/20/2021 | 44 | REQUEST FOR ISSUANCE OF SUMMONS as to LUDWIG EMIL TOMAS GORANSSON, re: 1 Complaint,,. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/20/2021) |
| 09/21/2021 | 45 | ELECTRONIC SUMMONS ISSUED as to Ludwig Emil Tomas Goransson. (sj) (Entered: 09/21/2021) |
| 09/29/2021 | 46 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/29/2021) |
| 09/30/2021 | 47 | AFFIDAVIT OF SERVICE. Theory Entertainment LLC served on 9/24/2021, answer due 10/15/2021. Service was accepted by Nancy Dougherty. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/30/2021) |
| 09/30/2021 | 48 | AFFIDAVIT OF SERVICE. Warner Music Group Corp. served on 9/24/2021, answer due 10/15/2021. Service was accepted by Nancy Dougherty. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/30/2021) |
| 09/30/2021 | 49 | LETTER MOTION for Extension of Time *to Serve Complaint* addressed to Judge Victor Marrero from Imran H. Ansari dated 9/30/21. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 09/30/2021) |
| 10/01/2021 | 50 | ORDER granting 49 Letter Motion for Extension of time to serve the Complaint in this matter upon the Defendants Jefferey Lamar Williams and RCA Records. So Ordered. Service due by 11/29/2021. (Signed by Judge Victor Marrero on 10/1/2021) (js) (Entered: 10/01/2021) |
| 10/04/2021 | 51 | AFFIDAVIT OF SERVICE. Roc Nation Publishing LLC served on 9/27/2021, answer due 10/18/2021. Service was accepted by Katie DiLorenzo. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |

| | | |
|---|---|---|
| 10/04/2021 | 52 | AFFIDAVIT OF SERVICE. Sony Music Entertainment served on 9/23/2021, answer due 10/14/2021. Service was accepted by Judy Carkner, Authorized Agent. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 53 | AFFIDAVIT OF SERVICE. Kobalt Music Publishing America, Inc. served on 9/23/2021, answer due 10/14/2021. Service was accepted by Judy Carkner, Authorized Agent. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 54 | AFFIDAVIT OF SERVICE. Service was accepted by Nancy Dougherty, Authorized Agent, Secretary of State. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 55 | AFFIDAVIT OF SERVICE. Service was accepted by Nancy Dougherty, Authorized Agent, Secretary of State. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 56 | AFFIDAVIT OF SERVICE. Young Stoner Life Publishing LLC served on 9/27/2021, answer due 10/18/2021. Service was accepted by Christy Drabeck, Authorized Agent. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 57 | WAIVER OF SERVICE RETURNED EXECUTED. Ludwig Emil Tomas Goransson waiver sent on 9/21/2021, answer due 11/22/2021. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 58 | AFFIDAVIT OF SERVICE. Songs of Universal, Inc. served on 9/30/2021, answer due 10/21/2021. Service was accepted by Christopher Boyd, Authorized Agent. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 59 | AFFIDAVIT OF SERVICE. Warner–Tamerlane Publishing Corp. served on 9/30/2021, answer due 10/21/2021. Service was accepted by Christopher Boyd, Authorized Agent. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/04/2021 | 60 | AFFIDAVIT OF SERVICE. Atlantic Recording Corporation served on 9/30/2021, answer due 10/21/2021. Service was accepted by Christopher Boyd, Authorized Agent. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/04/2021) |
| 10/05/2021 | 61 | WAIVER OF SERVICE RETURNED EXECUTED. Donald McKinley Glover II waiver sent on 9/21/2021, answer due 11/22/2021. Document filed by Emelike Nwosuocha..(Ansari, Imran) (Entered: 10/05/2021) |
| 10/07/2021 | 62 | NOTICE OF APPEARANCE by Alexander Benjamin Spiro on behalf of Roc Nation Publishing LLC..(Spiro, Alexander) (Entered: 10/07/2021) |
| 10/07/2021 | 63 | NOTICE OF APPEARANCE by Paul Brian Maslo on behalf of Roc Nation Publishing LLC..(Maslo, Paul) (Entered: 10/07/2021) |
| 10/14/2021 | 64 | LETTER MOTION for Extension of Time *to Respond to Complaint* addressed to Judge Victor Marrero from Jonathan D. Davis dated October 14, 2021. Document filed by Donald McKinley Glover II. (Attachments: # 1 Text of Proposed Order Stipulation and Order).(Davis, Jonathan) (Entered: 10/14/2021) |
| 10/18/2021 | 65 | STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT: NOW, THEREFORE, Plaintiff and Defendants, by and through their undersigned counsel or agents, hereby stipulate as follows: 1. Defendants shall answer, move, or otherwise respond to the Complaint on or before Wednesday, December 8, 2021. 2. Defendants preserve all of their respective challenges, defenses, and responses to the Complaint, except they shall not raise the defense of improper service of process. 3. This stipulation may be signed in counterparts, and any facsimile/PDF/electronic signatures shall be deemed original signatures. Atlantic Recording Corporation answer due 12/8/2021; Donald McKinley Glover II answer due 12/8/2021; Ludwig Emil Tomas Goransson answer due 12/8/2021; Kobalt Music Publishing America, Inc. answer due 12/8/2021; RCA Records answer due 12/8/2021; Roc Nation Publishing LLC answer due 12/8/2021; Songs of Universal, Inc. answer due 12/8/2021; Sony Music Entertainment answer due 12/8/2021; Theory Entertainment LLC answer due 12/8/2021; Warner Music Group Corp. answer due 12/8/2021; Warner–Tamerlane Publishing Corp. answer due 12/8/2021; Young Stoner Life Publishing LLC answer due 12/8/2021. (Signed by |

| | | |
|---|---|---|
| | | Judge Victor Marrero on 10/18/2021) (tg) (Entered: 10/18/2021) |
| 11/17/2021 | 66 | SECOND LETTER MOTION for Extension of Time *to Respond to Complaint* addressed to Judge Victor Marrero from Jonathan D. Davis dated November 17, 2021. Document filed by Donald McKinley Glover II. (Attachments: # 1 Text of Proposed Order Stipulation and Order).(Williams, Derek) (Entered: 11/17/2021) |
| 11/18/2021 | 67 | STIPULATION TO FURTHER EXTEND DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT: NOW, THEREFORE, Plaintiff and the Served Defendants, along with Williams (collectively, "Defendants"), by and through their undersigned counsel or agents, hereby stipulate as follows: Defendants shall answer, move, or otherwise respond to the Complaint on or before Wednesday, December 22, 2021. Defendants preserve all of their respective challenges, defenses, and responses to the Complaint, except they shall not raise the defense of improper service of process. This stipulation may be signed in counterparts, and any facsimile/PDF/electronic signatures shall be deemed original signatures. So Ordered. Atlantic Recording Corporation answer due 12/22/2021; Donald McKinley Glover II answer due 12/22/2021; Ludwig Emil Tomas Goransson answer due 12/22/2021; Kobalt Music Publishing America, Inc. answer due 12/22/2021; RCA Records answer due 12/22/2021; Roc Nation Publishing LLC answer due 12/22/2021; Songs of Universal, Inc. answer due 12/22/2021; Sony Music Entertainment answer due 12/22/2021; Theory Entertainment LLC answer due 12/22/2021; Warner Music Group Corp. answer due 12/22/2021; Warner–Tamerlane Publishing Corp. answer due 12/22/2021; Jefferey Lamar Williams answer due 12/22/2021; Young Stoner Life Publishing LLC answer due 12/22/2021. (Signed by Judge Victor Marrero on 11/18/2021) (js) (Entered: 11/18/2021) |
| 12/22/2021 | 68 | NOTICE OF APPEARANCE by Jonathan David Davis on behalf of Atlantic Recording Corporation, Donald McKinley Glover II, Ludwig Emil Tomas Goransson, Kobalt Music Publishing America, Inc., RCA Records, Sony Music Entertainment, Theory Entertainment LLC, Warner Music Group Corp., Warner–Tamerlane Publishing Corp., Jefferey Lamar Williams, Young Stoner Life Publishing LLC..(Davis, Jonathan) (Entered: 12/22/2021) |
| 12/22/2021 | 69 | NOTICE OF APPEARANCE by Derek Andrew Williams on behalf of Atlantic Recording Corporation, Donald McKinley Glover II, Ludwig Emil Tomas Goransson, Kobalt Music Publishing America, Inc., RCA Records, Sony Music Entertainment, Theory Entertainment LLC, Warner Music Group Corp., Warner–Tamerlane Publishing Corp., Jefferey Lamar Williams, Young Stoner Life Publishing LLC..(Williams, Derek) (Entered: 12/22/2021) |
| 12/23/2021 | 70 | NOTICE OF APPEARANCE by Ilene Susan Farkas on behalf of Songs of Universal, Inc...(Farkas, Ilene) (Entered: 12/23/2021) |
| 12/23/2021 | 71 | NOTICE OF APPEARANCE by Donald S. Zakarin on behalf of Songs of Universal, Inc...(Zakarin, Donald) (Entered: 12/23/2021) |
| 02/18/2022 | 72 | LETTER addressed to Judge Victor Marrero from Jonathan D. Davis dated February 18, 2022 re: Defendants' Contemplated Motion to Dismiss the Complaint. Document filed by Atlantic Recording Corporation, Donald McKinley Glover II, Ludwig Emil Tomas Goransson, Kobalt Music Publishing America, Inc., RCA Records, Sony Music Entertainment, Theory Entertainment LLC, Warner Music Group Corp., Warner–Tamerlane Publishing Corp., Jefferey Lamar Williams, Young Stoner Life Publishing LLC. (Attachments: # 1 Letters exchanged between counsel regarding Defendants' contemplated motion to dismiss the Complaint).(Williams, Derek) (Entered: 02/18/2022) |
| 02/23/2022 | 73 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Kobalt America Holdings, Inc. for Kobalt Music Publishing America, Inc.. Document filed by Kobalt Music Publishing America, Inc...(Williams, Derek) (Entered: 02/23/2022) |
| 02/23/2022 | 74 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Sony Corporation for Sony Music Entertainment. Document filed by Sony Music Entertainment..(Williams, Derek) (Entered: 02/23/2022) |

| | | |
|---|---|---|
| 02/23/2022 | 75 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent AI Entertainment Holdings LLC for Atlantic Recording Corporation, Theory Entertainment LLC, Warner Music Group Corp., Warner−Tamerlane Publishing Corp.. Document filed by Atlantic Recording Corporation, Theory Entertainment LLC, Warner Music Group Corp., Warner−Tamerlane Publishing Corp...(Williams, Derek) (Entered: 02/23/2022) |
| 03/15/2022 | 76 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Universal Music Group, N.V. for Songs of Universal, Inc.. Document filed by Songs of Universal, Inc...(Farkas, Ilene) (Entered: 03/15/2022) |
| 04/26/2022 | 77 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice against the defendant(s) RCA Records, Warner Music Group Corp.. Document filed by Emelike Nwosuocha. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Ansari, Imran) (Entered: 04/26/2022) |
| 04/27/2022 | | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 77 Notice of Voluntary Dismissal, was reviewed and referred to Judge Victor Marrero for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (tp) (Entered: 04/27/2022) |
| 04/28/2022 | 78 | NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Emelike Nwosuocha and his counsel of record, hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice, against only defendants RCA Records and Warner Music Group Corp. An electronic PDF signature shall be deemed an original for the purposes of this notice. Defendants RCA Records and Warner Music Group Corp. are hereby dismissed from this action. SO ORDERED. RCA Records and Warner Music Group Corp. terminated. (Signed by Judge Victor Marrero on 4/28/2022) (jca) (Entered: 04/28/2022) |
| 06/17/2022 | 79 | MOTION for Derek A. Williams to Withdraw as Attorney . Document filed by Atlantic Recording Corporation, Donald McKinley Glover II, Ludwig Emil Tomas Goransson, Kobalt Music Publishing America, Inc., RCA Records, Sony Music Entertainment, Theory Entertainment LLC, Warner Music Group Corp., Warner−Tamerlane Publishing Corp., Jefferey Lamar Williams, Young Stoner Life Publishing LLC..(Davis, Jonathan) (Entered: 06/17/2022) |
| 06/21/2022 | 80 | MEMO ENDORSEMENT granting 79 MOTION for Derek A. Williams to Withdraw as Attorney. ENDORSEMENT: Attorney Derek Williams's request to withdraw as counsel of record for defendants is hereby GRANTED. SO ORDERED. Attorney Derek Andrew Williams terminated. (Signed by Judge Victor Marrero on 6/21/2022) (jca) (Entered: 06/21/2022) |
| 06/24/2022 | 81 | ORDER: Upon review of all pre−motion letters, the Court is not persuaded that a pre−motion conference or further briefing is necessary to resolve the parties' dispute. In accordance with this Court's Individual Practices and Rule 7.1 of the Court's Local Rules, Defendants may file a motion to dismiss which shall not exceed three pages in length (single spaced, twelve−point font), unless, upon a party's request, the Court authorizes a larger number. The substance of such motion may not deviate materially from the basis for dismissal that Defendants stated in its initial pre−motion letter. In response, within seven (7) days of the filing of Defendants' motion, Nwosuocha may file its opposition, which may similarly not exceed three pages (single spaced, twelve−point font), opposing the motion. Defendants may file a three−page reply within seven (7) days of the filing of Nwosuocha's response. SO ORDERED. (Signed by Judge Victor Marrero on 6/24/2022) (ama) (Entered: 06/24/2022) |
| 07/19/2022 | 82 | LETTER addressed to Judge Victor Marrero from Jonathan D. Davis dated July 19, 2022 re: Reqest to File Enlarged Motion. Document filed by Donald McKinley Glover II..(Davis, Jonathan) (Entered: 07/19/2022) |
| 07/20/2022 | 83 | MEMO ENDORSEMENT on re: 82 Letter filed by Donald McKinley Glover II. ENDORSEMENT: Defendants' request to submit a joint motion brief which shall not |

| | | |
|---|---|---|
| | | exceed six pages in length (single spaced, twelve−point font) is hereby GRANTED. In response, plaintiff may file an opposition, which similarly shall not exceed six pages in length (single spaced, twelve−point font). Defendants may file a three−page reply. SO ORDERED. (Signed by Judge Victor Marrero on 7/20/2022) (jca) (Entered: 07/20/2022) |
| 07/28/2022 | 84 | LETTER addressed to Judge Victor Marrero from Jonathan D. Davis dated July 28, 2022 re: Request for Approval of Motion Briefing Schedule. Document filed by Donald McKinley Glover II..(Davis, Jonathan) (Entered: 07/28/2022) |
| 07/29/2022 | 85 | MEMO ENDORSEMENT on re: 84 Letter filed by Donald McKinley Glover II. ENDORSEMENT: The parties in this action are directed to submit an agreed upon joint briefing schedule for defendants' anticipated motion to dismiss. SO ORDERED. (Signed by Judge Victor Marrero on 7/29/2022) (jca) (Entered: 07/29/2022) |
| 08/10/2022 | 86 | ORDER: In light of recent Second Circuit opinions, the parties are directed to advise the Court whether they consent for the Court to deem the briefing as set forth in the July 20 Order as a fully briefed motion and rule on the basis of the forthcoming limited briefs, or whether the parties request supplemental or full briefing on Defendants' motion. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one week of the date of this order. (Signed by Judge Victor Marrero on 8/10/2022) (ate) (Entered: 08/10/2022) |
| 08/14/2022 | 87 | PROPOSED STIPULATION AND ORDER. Document filed by Donald McKinley Glover II..(Davis, Jonathan) (Entered: 08/14/2022) |
| 08/15/2022 | 88 | STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND ASSOCIATED BREIFING SCHEDULE: NOW, THEREFORE, Plaintiff and Defendants, by and through their undersigned counsel, hereby agree as follows: 1. Defendants shall file the Motion to Dismiss on September 9, 2022. 2. Plaintiff's opposition to the Motion to Dismiss shall be filed on or before September 16, 2022. 3. Defendants shall file a reply, if any, on or before September 23, 2022. 4. This stipulation may be signed in counterparts, and facsimile/PDF/electronic signatures shall be deemed original signatures. IT IS SO ORDERED. (Signed by Judge Victor Marrero on 8/15/2022) ( Motions due by 9/9/2022., Responses due by 9/16/2022, Replies due by 9/23/2022.) (ks) (Entered: 08/15/2022) |
| 09/09/2022 | 89 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Young Stoner Life Publishing LLC..(Davis, Jonathan) (Entered: 09/09/2022) |
| 09/09/2022 | 90 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Dismiss *Complaint*. Document filed by Donald McKinley Glover II. (Attachments: # 1 Exhibit Ex. A – Plaintiff's Complaint, # 2 Exhibit Ex. B – Copyright Registration, # 3 Exhibit Ex. C – Copyright Registration, # 4 Exhibit Ex. D – Copyright Registration, # 5 Exhibit Ex. E – Copyright Registration, # 6 Exhibit Ex. F – Copyright Registration, # 7 Exhibit Ex. G – Copyright Registration, # 8 Exhibit Ex. H – Copyright Registration, # 9 Exhibit Ex. I – Plaintiff's Lyrics, # 10 Exhibit Ex. J – Glover's Lyrics).(Davis, Jonathan) Modified on 9/19/2022 (db). (Entered: 09/09/2022) |
| 09/09/2022 | 91 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Support re: 90 MOTION to Dismiss *Complaint*. . Document filed by Donald McKinley Glover II. (Davis, Jonathan) Modified on 9/19/2022 (db). (Entered: 09/09/2022) |
| 09/16/2022 | 92 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Opposition re: 90 MOTION to Dismiss *Complaint*. . Document filed by Emelike Nwosuocha. (Attachments: # 1 Exhibit A – Copyright Registration, # 2 Exhibit B – USCO Circular 56A, # 3 Exhibit C – USCO Compendium (3d ed. 2014), # 4 Exhibit D – USCO Compendium (3d ed. 2014), # 5 Exhibit E – Pre−Motion Correspondence).(Ansari, Imran) Modified on 9/19/2022 (db). (Entered: 09/16/2022) |
| 09/19/2022 | | **\*\*\*NOTICE TO ATTORNEY TO RE−FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Jonathan David Davis to RE−FILE Document 90 MOTION to Dismiss *Complaint*. Use the event type Declaration in Support of** |

| | | |
|---|---|---|
| | | **Motion found under the event list Replies, Opposition and Supporting Documents. \*\*\*REMINDER\*\*\* – MOTION to Dismiss WAS NOT FILED. First file Motion, then file and link any supporting documents. (db) (Entered: 09/19/2022)** |
| 09/19/2022 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Jonathan David Davis to RE–FILE Document 91 Memorandum of Law in Support of Motion. ERROR(S): Document linked to filing error. (db)** (Entered: 09/19/2022) |
| 09/19/2022 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Imran H. Ansari to RE–FILE Document 92 Memorandum of Law in Opposition to Motion. ERROR(S): Document linked to filing error. (db)** (Entered: 09/19/2022) |
| 09/20/2022 | 93 | MOTION to Dismiss *Complaint*. Document filed by Donald McKinley Glover II..(Davis, Jonathan) (Entered: 09/20/2022) |
| 09/20/2022 | 94 | DECLARATION of Jonathan D. Davis in Support re: 93 MOTION to Dismiss *Complaint*.. Document filed by Donald McKinley Glover II. (Attachments: # 1 Exhibit Plaintiff's Complaint, # 2 Exhibit Ex. B – Copyright Registration, # 3 Exhibit Ex. C – Copyright Registration, # 4 Exhibit Ex. D – Copyright Registration, # 5 Exhibit Ex. E – Copyright Registration, # 6 Exhibit Ex. F – Copyright Registration, # 7 Exhibit Ex. G – Copyright Registration, # 8 Exhibit Ex. H – Copyright Registration, # 9 Exhibit Ex. I – Plaintiff's Lyrics, # 10 Exhibit Ex. J – Glover's Lyrics).(Davis, Jonathan) (Entered: 09/20/2022) |
| 09/20/2022 | 95 | MEMORANDUM OF LAW in Support re: 93 MOTION to Dismiss *Complaint*. . Document filed by Donald McKinley Glover II..(Davis, Jonathan) (Entered: 09/20/2022) |
| 09/20/2022 | 96 | MEMORANDUM OF LAW in Opposition re: 93 MOTION to Dismiss *Complaint*. . Document filed by Emelike Nwosuocha. (Attachments: # 1 Exhibit A – Copyright Registration, # 2 Exhibit B – USCO Circular 56A, # 3 Exhibit C – USCO Compendium (3d ed. 2014), # 4 Exhibit D – USCO Compendium (3d ed. 2014), # 5 Exhibit E – Pre–Motion Correspondence).(Ansari, Imran) (Entered: 09/20/2022) |
| 09/23/2022 | 97 | REPLY MEMORANDUM OF LAW in Support re: 93 MOTION to Dismiss *Complaint*. . Document filed by Donald McKinley Glover II..(Davis, Jonathan) (Entered: 09/23/2022) |
| 09/28/2022 | 98 | LETTER MOTION for Leave to File SURREPLY addressed to Judge Victor Marrero from Imran H. Ansari dated 09/28/22. Document filed by Emelike Nwosuocha. (Attachments: # 1 Exhibit A – Pre–Motion Letter).(Ansari, Imran) (Entered: 09/28/2022) |
| 09/29/2022 | 99 | ORDER denying 98 Letter Motion for Leave to File Document. Request DENIED. The Court will not consider any new arguments, legal theories or other matters raised by defendants for the first time in reply. SO ORDERED. (Signed by Judge Victor Marrero on 9/29/2022) (jca) (Entered: 09/29/2022) |
| 03/24/2023 | 100 | DECISION AND ORDER granting 93 Motion to Dismiss. For the reasons stated above, it is hereby ORDERED that the motion filed by defendants Donald McKinley Glover, II, Jeffrey Lamar Williams, Ludwig Emil Tomas Gransson, Kobalt Music Publishing America, Inc. d/b/a/ Songs of Kobalt Music Publishing, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC f/k/a Theory Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing d/b/a Songs of Roc Nation, Songs of Universal, Inc., and Warner–Tamerlane Publishing Corp. to dismiss the Complaint of plaintiff Emelike Nwosuocha (Dkt. No. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED with prejudice to leave to amend. The Clerk of Court is respectfully directed to terminate the Motion to Dismiss at Dkt. No. 93 as well as any other pending motions and close the case. SO ORDERED. (Signed by Judge Victor Marrero on 3/24/2023) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/24/2023) |

| | | |
|---|---|---|
| 03/24/2023 | 101 | CLERK'S JUDGMENT re: 100 Order on Motion to Dismiss in favor of Atlantic Recording Corporation, Kobalt Music Publishing America, Inc., Roc Nation Publishing LLC, Songs of Universal, Inc., Sony Music Entertainment, Theory Entertainment LLC, Warner–Tamerlane Publishing Corp., Young Stoner Life Publishing LLC, Donald McKinley Glover II, Jefferey Lamar Williams, Ludwig Emil Tomas Goransson against Emelike Nwosuocha. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated March 24, 2023, the motion filed by defendants Donald McKinley Glover, II, Jeffrey Lamar Williams, Ludwig Emil Tomas Gransson, Kobalt Music Publishing America, Inc. d/b/a/ Songs of Kobalt Music Publishing, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC f/k/a Theory Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing d/b/a Songs of Roc Nation, Songs of Universal, Inc., and Warner–Tamerlane Publishing Corp. to dismiss the Complaint of plaintiff Emelike Nwosuocha (Dkt. No. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED with prejudice to leave to amend; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/24/2023) (Attachments: # 1 Appeal Package) (km) (Entered: 03/24/2023) |
| 03/24/2023 | 102 | AO 121 FORM COPYRIGHT – CASE TERMINATED– SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 3/24/2023 in a court action filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights.(km) (Entered: 03/24/2023) |
| 03/31/2023 | 103 | LETTER addressed to Judge Victor Marrero from Jonathan D. Davis dated March 31, 2023 re: Extend Time to File Section 505 Fees/Costs Motion. Document filed by Donald McKinley Glover II..(Davis, Jonathan) (Entered: 03/31/2023) |
| 04/03/2023 | 104 | MEMO ENDORSEMENT on re: 103 Letter filed by Donald McKinley Glover II ENDORSEMENT: Defendants' time to file a motion for costs is hereby extended pursuant to the above. SO ORDERED. (Signed by Judge Victor Marrero on 4/3/2023) (ks) (Entered: 04/03/2023) |
| 04/21/2023 | 105 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** NOTICE OF APPEAL from 100 Order on Motion to Dismiss,,,,. Document filed by Emelike Nwosuocha. Filing fee $ 505.00, receipt number ANYSDC–27638440. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Ansari, Imran) Modified on 4/21/2023 (tp). (Entered: 04/21/2023) |
| 04/21/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Imran Ansari to RE–FILE Document No. 105 Notice of Appeal. The filing is deficient for the following reason(s):the order and judgment mentioned were not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order and judgment being appealed – Do Not Pay the Appeal Fee Again. (tp)** (Entered: 04/21/2023) |
| 04/21/2023 | 106 | NOTICE OF APPEAL from 100 Order on Motion to Dismiss,,,, 101 Clerk's Judgment,,,,,. Document filed by Emelike Nwosuocha. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Ansari, Imran) (Entered: 04/21/2023) |
| 04/21/2023 | | Appeal Fee Paid electronically via Pay.gov: for 106 Notice of Appeal. Filing fee $ 505.00. Pay.gov receipt number ANYSDC–27638440, paid on 4/21/2023. (tp) (Entered: 04/21/2023) |
| 04/21/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 106 Notice of Appeal. (tp) (Entered: 04/21/2023) |
| 04/21/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 106 Notice of Appeal filed by Emelike Nwosuocha were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/21/2023) |