**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 04, 2023
Docket #: 23-703
Short Title: Nwosuocha v. Glover, II

DC Docket #: 21-cv-4047
DC Court: SDNY (NEW YORK CITY)
DC Judge: Marrero

## NOTICE OF DEFECTIVE FILING

On May 02, 2023 the Acknowledgment and Notice of Appearance, on behalf of the Appellees Atlantic Recording Corporation, Donald McKinley Glover, II, Kobalt Music Publishing America, Inc., Sony Music Entertainment, Theory Entertainment LLC, Ludwig Emil Tomas Goransson, WarnerTamerlane Publishing Corp., Jefferey Lamar Williams and Young Stoner Life Publishing LLC, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
　　　　_____ Missing proof of service
　　　　_____ Served to an incorrect address
　　　　_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
__X___ **Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click [here](#) for instructions on how to make PDFs text searchable**
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
　　　　_____ Incorrect caption *(FRAP 32)*
　　　　_____ Wrong color cover *(FRAP 32)*
　　　　_____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click [here](#) for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*

_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
_____ Other: _____

Please cure the defect and resubmit the document, with the required copies if necessary, no later than **May 08, 2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8577.