# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Nwosuocha v. Glover, II et al.          Docket No.: 23-703

Lead Counsel of Record (name/firm) or Pro se Party (name): Jonathan D. Davis / Jonathan D. Davis P.C.

Appearance for (party/designation): Donald McKinley Glover, II, Jefferey Lamar Williams, Ludwig Emil Tomas Goransson, Kobalt Music Publishing America, Inc. (d/b/a/ Songs of Kobalt Music Publishing), Sony Music Entertainment, Young Stoner Life Publishing, LLC, Theory Entertainment LLC (d/b/a 300 Entertainment), Atlantic Recording Corporation, and Warner-Tamerlane Publishing Corp.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Jonathan D. Davis
Firm: Jonathan D. Davis P.C.
Address: 1 Rockefeller Plaza, Suite 1712, New York, New York 10020
Telephone: (212) 687-5464          Fax: (212) 697-2521
Email: jdd@jddavispc.com

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on May 28, 2021 OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _[signature]_
Type or Print Name: Jonathan D. Davis

OR

Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.