**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 04, 2023<br>Docket #: 23-703<br>Short Title: Nwosuocha v. Glover, II | DC Docket #: 21-cv-4047<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Marrero |

### NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_  Record on Appeal - Certified List

\_\_\_\_  Record on Appeal - CD ROM

\_\_\_\_  Record on Appeal - Paper Documents

\_\_X\_\_  Record on Appeal - Electronic Index

\_\_\_\_  Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8577.