## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Nwosuocha v. Glover, II et al.          Docket No.: 23-703

Lead Counsel of Record (name/firm) or Pro se Party (name): Donald S. Zakarin / Pryor Cashman LLP

Appearance for (party/designation): Songs of Universal, Inc. / Defendant - Appellee

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✔] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✔] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✔] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Donald S. Zakarin
Firm: Pryor Cashman LLP
Address: 7 Times Square, 40th Floor, New York, NY 10036
Telephone: (212) 326-0108          Fax: (212) 326-0806
Email: dzakarin@pryorcashman.com

### RELATED CASES

- [✔] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Donald S. Zakarin
Type or Print Name: Donald S. Zakarin

OR

Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.