## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nwosuocha v. Glover, II      Docket No.: 23-703

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: IMRAN H. ANSARI

Firm: AIDALA, BERTUNA & KAMINS, P.C.

Address: 546 FIFTH AVENUE, 6TH FLOOR, NEW YORK, NEW YORK 10036

Telephone: (212) 486-0011      Fax: (718) 921-3292

E-mail: IANSARI@AIDALALAW.COM

Appearance for: EMELIKE NWOSUOCHA
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: JOHN M. LEVENTHAL )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on MAY 23, 2023      OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Imran H. Ansari

Type or Print Name: IMRAN H. ANSARI