## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Nwosuocha v. Glover, II et al. _____ Docket No.: 23-703 _____

Lead Counsel of Record (name/firm) or Pro se Party (name): Alex Spiro / Quinn Emanuel Urquhart & Sullivan _____

Appearance for (party/designation): Roc Nation Publishing LLC d/b/a Songs of Roc Nation _____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                          Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Alex Spiro _____
Firm: Quinn Emanuel Urquhart & Sullivan _____
Address: 51 Madison Ave 22nd floor, New York, NY 10010 _____
Telephone: (212) 849-7000 _____ Fax: (212) 849-7100 _____
Email: alexspiro@quinnemanuel.com _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on_____or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: AS_____
Type or Print Name: Alex Spiro _____
         OR
Signature of pro se litigant: _____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.