NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nwosuocha v. Glover, II et al.     Docket No.: 23-703

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Paul Maslo

Firm: Quinn Emanuel Urquhart & Sullivan

Address: 3100 McKinnon Street, Suite 1125, Dallas, TX 75201

Telephone: 214-447-0066     Fax: 469-902-3610

E-mail: paulmaslo@quinnemanuel.com

Appearance for: Roc Nation Publishing LLC d/b/a Songs of Roc Nation
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Alex Spiro/Quinn Emanuel )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Paul B. Maslo

Type or Print Name: Paul B. Maslo