## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nwosuocha v. Glover, II et al.　　　Docket No.: 23-703

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Ilene S. Farkas

Firm: Pryor Cashman LLP

Address: 7 Times Square

Telephone: (212) 421-4100　　　Fax: (212) 798-6382

E-mail: IFarkas@pryorcashman.com

Appearance for: Songs of Universal, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Donald S. Zakarin / Pryor Cashman LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Ilene S. Farkas