## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Nwosuocha v. Glover    **Docket No.:** 23-703

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Andrew Grimm

**Firm:** Digital Justice Foundation

**Address:** 15287 Pepperwood Drive, Omaha, Nebraska 68154

**Telephone:** (531) 210-2381    **Fax:** n/a

**E-mail:** Andrew@DigitalJusticeFoundation.org; Andrew.B.Grimm@Gmail.com

**Appearance for:** Appellant Emelike Nwosuocha
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Mr. Imran Ansari, Mr. John Leventhal )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on admission date: Oct. 9, 2018    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Andrew Grimm

**Type or Print Name:** Andrew Grimm