UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-703cv

**Caption [use short title]:** Nwosuocha v. Glover, II

**Motion for:** Removal of the Case from the Expedited Appeals Calendar pursuant to Local Rule 31.2(b)(2)

**Set forth below precise, complete statement of relief sought:**

On June 9, 2023, the case was placed on the expedited appeals calendar. [Dkt. No. 55.] Pursuant to Local Rule 31.2(b)(2), which provides that "any party, for good cause shown, may move to remove the case from [the expedited appeals calendar,]" we respectfully request removal of the case from the expedited appeals calendar and submit the Declaration of Jonathan D. Davis in support.

**MOVING PARTY:** Donald McKinley Glover, II and others (see attached Declaration for full list)
**OPPOSING PARTY:** Emelike Nwosuocha

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Jonathan D. Davis, Esq.
**OPPOSING ATTORNEY:** Imran H. Ansari, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Jonathan D. Davis, P.C.
1 Rockefeller Plaza, Suite 1712, New York, NY 10020
(212) 687-5464; jdd@jddavispc.com

Aidala, Bertuna & Kamins PC
546 Fifth Avenue - Sixth Floor, New York, NY 10036
(212) 486-0011; iansari@aidalalaw.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York - Hon. Victor Marrero

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:** [signature]
**Date:** 6/23/2023
**Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| EMELIKE NWOSUOCHA, | Case No. 23-703cv |
| Plaintiff-Appellant, | **DECLARATION OF** <br> **JONATHAN D. DAVIS** |
| v. | |
| DONALD MCKINLEY GLOVER, II, SONY MUSIC ENTERTAINMENT, YOUNG STONER LIFE PUBLISHING LLC, KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a SONGS OF KOBALT MUSIC PUBLISHING, THEORY ENTERTAINMENT LLC d/b/a 300 ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ROC NATION PUBLISHING LLC d/b/a SONGS OF ROC NATION, SONGS OF UNIVERSAL, INC., WARNERTAMERLANE PUBLISHING CORP., LUDWIG EMIL TOMAS GORANSSON, JEFFEREY LAMAR WILLIAMS, | |
| Defendants-Appellees, | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN D. DAVIS declares as follows:

1. I am the sole shareholder of Jonathan D. Davis, P.C., attorneys for Defendant-Appellees Donald McKinley Glover, II, Jefferey Lamar Williams, Ludwig Emil Tomas Goranssön, Kobalt Music Publishing America, Inc. (d/b/a Songs of Kobalt Music Publishing), Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC (f/k/a Theory Entertainment LLC d/b/a 300 Entertainment), Atlantic Recording Corporation, and Warner-Tamerlane Publishing Corp. (the "Glover Defendant-Appellees"). I am fully familiar with the matters set forth herein.

2. I submit this Declaration in support of the Glover Defendant-Appellees' motion to

1

remove the case from the expedited appeals calendar ("Expedited Calendar") under Local Rule 31.2(b)(2). All parties consent to the relief requested by this motion.

3. The above-captioned appeal concerns Appellant's effort to reverse the district court's March 24, 2023 dismissal of the complaint, pursuant to Fed. R. Civ. P. 12(b)(6), based on the court's ruling that: (a) Appellant's musical composition "Made in America" was not registered with the United States Copyright Office as a musical composition, as distinguished from a sound recording, at the time he commenced the action, which is a prerequisite to filing a copyright claim, rendering his claim unmaintainable; and (b) the musical composition entitled "This Is America" is not "substantially similar" to Appellant's Composition.

4. On June 9, 2023, this appeal was placed on the Expedited Calendar because the order/judgment appealed from was taken from a judgment that dismissed the complaint. [Dkt. No. 55.] The Court notice set the deadline for Plaintiff-Appellant to submit its brief by July 14, 2023, and the deadline for Defendants-Appellees' to submit its opposition brief by August 18, 2023. *Id*. Prior to receiving the notice, the parties were involved in the mandatory mediation process, which ran from May 18, 2023 and completed June 2, 2023.

5. Under Local Rule 31.2(b), "any party, for good cause shown, may move to remove the case from the [Expedited Calendar.]"

6. Good cause exists for removal of the case from the Expedited Calendar.

7. My firm, which consists of only two attorneys, represents all but two of the Defendants-Appellees and will be responsible for preparing and filing the opposition brief. The other Defendants-Appellees are expected to join that brief, so that a single brief is filed on behalf of all Defendants-Appellees.

8. Because of several work and travel conflicts this summer, the expedited briefing

schedule conflicts with my firm being able to meet that schedule. I have immovable international travel plans from August 8, 2023 to August 18, 2023, which make me unavailable to work on Defendants-Appellees' brief or to supervise its filing during the critical weeks prior to the August 18, 2022.

9. Anthony LoMonaco, the firm's junior lawyer, will also be overseas from July 5, 2023 to July 9, 2023 due to his own immovable travel commitment. During that time, he will be unavailable to work on any pending matters.

10. The mid-July through August period is particularly busy for the firm. We are currently tasked with submitting moving or answering papers in several actions during that period. Upon Mr. LoMonaco's return from overseas, the firm's focus will be on those pending cases, among other firm obligations, preventing us from spending sufficient time to address the appeal before my departure on August 8.

11. On June 19, 2023, I contacted Imran Ansari, Plaintiff-Appellant's counsel, explaining my firm's travel and work commitments, in addition to the fact that this appeal is not one necessitating an expedited schedule. Mr. Ansari responded the same day, granting his consent to this motion. The other defense counsel have also promptly consented.

12. For the above reasons, I respectfully request that the Court remove this appeal from the Expedited Calendar and reassign it to the non-expedited calendar, which will ensure that each side will have sufficient time to prepare their submissions for this appeal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on this 23rd day of June 2023.

<u>/s/*Jonathan D. Davis*</u>
JONATHAN D. DAVIS

4