# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand twenty-three.

Before:      José A. Cabranes,
                  *Circuit Judge,*

_____

| | |
|---|---|
| Emelike Nwosuocha, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 23-703 |
| v. | |
| Donald McKinley Glover, II, Sony Music Entertainment, Young Stoner Life Publishing LLC, Kobalt Music Publishing America, Inc., DBA Songs of Kobalt Music Publishing, Theory Entertainment LLC, DBA 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing LLC, DBA Songs of Roc Nation, Songs of Universal, Inc., WarnerTamerlane Publishing Corp., Ludwig Emil Tomas Goransson, Jefferey Lamar Williams, | |
|     Defendants – Appellees. | |

_____

    Appellees move for removal of this case from the Expedited Appeals Calendar.

    IT IS HEREBY ORDERED that the motion is GRANTED, upon consent. Appellant must file a scheduling notification letter within 7 days of the date of this order.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

