IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| EMELIKE NWOSUOCHA,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>DONALD GLOVER II, et al.,<br><br>*Defendant-Appellees*. | Civil Appeal No. 23-703 |

**APPELLANT'S RULE 31.2(a)(1)(A) SCHEDULING REQUEST**

Pursuant to Second Circuit Rule 31.2(a)(1)(A), Plaintiff-Appellant Emelike Nwosuocha respectfully requests that the Court schedule his principal brief to be due on **Friday, September 8, 2023**.

Previously, the Court had placed this appeal on its expedited calendar. Doc. 55. Appellees then moved unopposed to take this appeal off the expedited calendar. Doct. 56. The Court granted their request and directed Mr. Nwosuocha to file a scheduling notification. Dkt. 60. Mr. Nwosuocha understands the ready date to be the date that his Court placed the appeal on its expedited calendar, *i.e.*, June 9, 2023. See Doc. 55. The requested due date—September 8, 2023—is 91 days later. See 2d Cir. R. 31.2(a)(1)(A).

If Mr. Nwosuocha is mistaken as to the ready date, he requests that the Court schedule his brief to be due 91 days after the correct ready date, construing this request as seeking that date.

1

Date: July 6, 2023				Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Request contains **306** words, excluding the portions exempted by court rules.

This Request was prepared in Microsoft Word using Times New Roman 14-point font.

Date: July 6, 2023                                  Respectfully submitted,

                                                                    */s/ Andrew Grimm*
                                                                    Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: July 6, 2023               Respectfully submitted,

                                 */s/ Andrew Grimm*
                                 Andrew Grimm