# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand twenty-three.

_____

Emelike Nwosuocha,

    Plaintiff - Appellant,

v.

Donald McKinley Glover, II, Sony Music Entertainment, Young Stoner Life Publishing LLC, Kobalt Music Publishing America, Inc., DBA Songs of Kobalt Music Publishing, Theory Entertainment LLC, DBA 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing LLC, DBA Songs of Roc Nation, Songs of Universal, Inc., WarnerTamerlane Publishing Corp., Ludwig Emil Tomas Goransson, Jefferey Lamar Williams,

    Defendants - Appellees,

_____

**ORDER**

Docket No. 23-703

    Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 8, 2023 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

    IT IS HEREBY ORDERED that Appellant's principal brief must be filed on or before August 4, 2023. The appeal is dismissed effective August 4, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

