## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nwosuocha v. Glover                                    Docket No.: 23-703

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Gregory Keenan

Firm: Digital Justice Foundation

Address: 81 Stewart Street, Floral Park, New York, 11001

Telephone: (516) 633-2633          Fax: n/a

E-mail: Gregory@DigitalJusticeFoundation.org; GWKeenan24@Gmail.com

Appearance for: Appellant Emelike Nwosuocha
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Mr. Imran Ansari, Mr. John Leventhal, Mr. Andrew Grimm )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on  admission date: Nov. 1, 2018                                    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Gregory Keenan

Type or Print Name: Gregory Keenan