# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

------------------------------x
:
EMELIKE NWOSUOCHA, :
:
                Plaintiff-Appellant, :
:
     v. : Case No. 23-703cv
:
DONALD MCKINLEY GLOVER, II, SONY :
MUSIC ENTERTAINMENT, YOUNG :
STONER LIFE PUBLISHING LLC, :
KOBALT MUSIC PUBLISHING :
AMERICA, INC. d/b/a SONGS OF :
KOBALT MUSIC PUBLISHING, THEORY :
ENTERTAINMENT LLC d/b/a 300 :
ENTERTAINMENT, ATLANTIC :
RECORDING CORPORATION, ROC :
NATION PUBLISHING LLC d/b/a SONGS :
OF ROC NATION, SONGS OF :
UNIVERSAL, INC., :
WARNERTAMERLANE PUBLISHING :
CORP., LUDWIG EMIL TOMAS :
GORANSSON, JEFFEREY LAMAR :
WILLIAMS, :
:
                Defendant-Appellees. :
:
------------------------------x

## DEFENDANT-APPELLEES'
## LOCAL RULE 31.2(a)(1)(B) SCHEDULING REQUEST

Pursuant to Second Circuit Local Rule 31.2(a)(1)(B), Defendant-Appellees respectfully request that the Court set the deadline for their principal brief as Friday, November 3, 2023.

The Second Circuit's Local Rules provide that Defendant-Appellees' requested deadline "must be within 91 days after the filing of the last appellant's brief." 2d Cir. Loc. R. 31.2(a)(1)(B). Plaintiff-Appellant filed his opening brief on Friday, August 4, 2023. [Doc. Nos. 69, 70, 74.] The requested date – November 3, 2023 – is 91 days later.

Dated: August 10, 2023
New York, New York

        JONATHAN D. DAVIS, P.C.

By:  */s/Jonathan D. Davis*
      Jonathan D. Davis
      1 Rockefeller Plaza, Suite 1712
      New York, New York 10020
      (212) 687-5464

*Attorneys for Defendant-Appellees Donald McKinley Glover, II, Jefferey Lamar Williams, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC (f/k/a Theory Entertainment LLC d/b/a 300 Entertainment), Atlantic Recording Corporation, and Warner-Tamerlane Publishing Corp.*

                    PRYOR CASHMAN LLP

By:   */s/Donald S. Zakarin*
       Donald S. Zakarin
       Ilene S. Farkas
       7 Times Square
       New York, NY 10036
       (212) 326-0188

       *Attorneys for Defendant-Appellee Songs of Universal, Inc.*

       QUINN EMANUEL URQUHART & SULLIVAN LLP

By:   */s/Alex Spiro*
       Alex Spiro
       Paul B. Maslo
       51 Madison Avenue, 22nd Floor
       New York, New York 10010
       (212) 849-7000

       *Attorneys for Defendant-Appellee Roc Nation Publishing LLC d/b/a Songs of Roc Nation*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: August 10, 2023
        New York, New York

                                        */s/Jonathan D. Davis*
                                        JONATHAN D. DAVIS