**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 15, 2023
Docket #: 23-703cv
Short Title: Nwosuocha v. Glover, II

DC Docket #: 21-cv-4047
DC Court: SDNY (NEW YORK CITY)
DC Judge: Marrero

## NOTICE OF DEFECTIVE FILING

On August 14, 2023, the **BREIF, APPENDIX**, [80], [81], on behalf of Appellant Emelike Nwosuocha, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
 for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
\_\_\_**X**\_\_\_ **Incorrect caption *(FRAP 32)* – Missing Defendants. The Caption should follow this Court's official caption. See below.**
 _____ Wrong color cover *(FRAP 32)*
 _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____ Untimely filing
_____ Incorrect Filing Event
___X___ **Other: When re-filing, please use the same filing events. Do not use "corrected document" filing event. If paper copies have been sent to the court, six new covers for the brief and appendix are required.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than 8/17/2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.

---

**Emelike Nwosuocha,**

    **Plaintiff - Appellant,**

**v.**

**Donald McKinley Glover, II, Sony Music Entertainment, Young Stoner Life Publishing LLC, Kobalt Music Publishing America, Inc., DBA Songs of Kobalt Music Publishing, Theory Entertainment LLC, DBA 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing LLC, DBA Songs of Roc Nation, Songs of Universal, Inc., WarnerTamerlane Publishing Corp., Ludwig Emil Tomas Goransson, Jefferey Lamar Williams,**

    **Defendants - Appellees,**

**RCA Records Label, Warner Music Group Corp,**

    **Defendants.**