# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nwosuocha v. Glover, II et al.     Docket No.: 23-703

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Alyssa M. Pronley

Firm: Jonathan D. Davis, P.C.

Address: 1 Rockefeller Plaza, Suite 1712, New York, New York 10020

Telephone: (212) 687-5464     Fax: (212) 697-2521

E-mail: amp@jddavispc.com

Appearance for: Donald McKinley Glover, II, Jeffrey Lamar Williams, Ludwig Emil Tomas Göransson, Kobalt Music Publishing America, Inc. (d/b/a/ Songs of Kobalt Music Publishing)**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jonathan D. Davis/Jonathan D. Davis, P.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2019-03-11     OR

☐ I applied for admission on _____ .

Signature of Counsel: *Alyssa Pronley*

Type or Print Name: Alyssa M. Pronley

**Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC (f/k/a Theory Entertainment LLC (d/b/a 300 Entertainment)), Atlantic Recording Corporation, and Warner-Tamerlane Publishing Corp.