**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806        www.pryorcashman.com

**Donald S. Zakarin**
Partner
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

November 6, 2023

<u>**VIA ECF**</u>

Evelyn Cruz
Case Manager
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  <u>Nwosuocha v. Glover, et. al. II</u>, No. 23-703

Dear Ms. Cruz:

    We represent defendant-appellee Songs of Universal, Inc. ("Universal") in the above-referenced appeal. We write to confirm that, as reflected in the as-filed documents, Universal joins in the filings of the Defendants-Appellees' Appendix (ECF 99) and the Joint Brief For Defendants-Appellees (ECF 100).

Respectfully submitted,

Donald S. Zakarin

Cc:  Counsel of Record (via ECF)