**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

Direct Dial: 212.849.7364
Email: alexspiro@quinnemanuel.com

November 6, 2023

**VIA ECF**
Evelyn Cruz
Case Manager
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *Nwosuocha v. Glover, II, et al.*, No. 23-703

Dear Ms. Cruz:

  We represent Defendant-Appellee Roc Nation Publishing LLC, DBA Songs of Roc Nation ("Roc Nation"). We write to confirm that Roc Nation joins in Defendants-Appellees' Appendix (ECF 99) and Joint Brief for Defendants-Appellees (ECF 100).


Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro

quinn emanuel urquhart & sullivan, llp

AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH