IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| EMELIKE NWOSUOCHA, *Plaintiff-Appellant*, v. DONALD GLOVER II, et al., *Defendant-Appellees*. | Civil Appeal No. 23-703 |

## ORAL-ARGUMENT STATEMENT

Appellant Emelike Nwosuocha respectfully requests oral argument in the above-captioned appeal.

*Party / Status*: Appellant Emelike Nwosuocha.

*Request*: I want oral argument.

*Arguing Counsel*: Gregory Keenan (admitted to practice in in the Second Circuit).

*Unavailable Dates*: The Ninth Circuit has screened but not yet calendared argument in Appeal No. 22-15260 for February/March 2024. If possible, please do not calendar argument for February 14, 2024, or March 28-29, 2024, for religious observances.

1

Date: November 20, 2023    Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

*Attorney for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: November 20, 2023    Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan