# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-703

**Motion for:** Extension of Time to File Appellate Reply Brief

**Precise, complete statements of relief sought:**
A 7-day extension of time to file appellate reply brief up to and including Monday, December 4, 2023

Nwosuocha v. Glover

**MOVING PARTY** Emelike Nwosuocha  **OPPOSING PARTY** Donald Glover

[X] Plaintiff  [ ] Defendant
[X] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

**OPPOSING ATTORNEY:** Jonathan Davis
JONATHAN D. DAVIS, P.C.
1 Rockefeller Center, Suite 1712
New York, New York 10020
(212) 687-5464
JDD@JDDavisPC.com

**Court-Judge/Agency appealed from:** Hon. Victor Marrero, District Judge, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by L.R. 27.1):
[X] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[X] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [X] No  [ ] Don't Know

Is oral argument on motion requested?  [ ] Yes  [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [X] No, if yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  Yes  No
Has this relief been previously sought in this court?  Yes  No
Requested return date and explanation of emergency:

**Signature of moving attorney:**
/s/ Andrew Grimm   **Date:** 11/29/23   **Service:** [X] Electronic  [ ] Other [Attach proof of service]

Form-T-1080 equivalent

1

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| EMELIKE NWOSUOCHA, *Plaintiff-Appellant*, v. DONALD GLOVER II, et al., *Defendant-Appellees*. | Civil Appeal No. 23-703 |

### APPELLANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Appellate Procedure 2, 26, and 27, Appellant Emelike Nwosuocha hereby moves for and respectfully requests a 7-day extension of time to file his reply brief, up to and including **Monday, December 4, 2023**, for extraordinary personal circumstances of counsel.

Appellant's lead appellate counsel has had a major and unexpected personal situation arise over this Holiday / Thanksgiving period and needs additional time to complete the reply brief. The full extent of the need to permit counsel to attend to this personal matter was not fully clear until this weekend, thus resulting in the timing of the filing of this Motion.

No prior extensions have been sought on this brief. And, Appellant's counsel had ***not*** opposed a request from Appellees' counsel to move this appeal from the expedited calendar to an ordinary briefing schedule, when they needed this additional time.

Appellant's appellate counsel are at a small nonprofit of two attorneys (with a part-time attorney) who cannot meaningfully shift briefing to other counsel and who represent some of the neediest clients who can not otherwise afford appellate counsel.

Counsel for Appellant has emailed other counsel. The undersigned spoke with counsel Jonathan Davis who represented that he was speaking on behalf of all Appellees and that this Motion is **unopposed**. The undersigned appreciates the courtesies of opposing counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: November 29, 2023                Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **645** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: November 29, 2023           Respectfully submitted,

                                  */s/ Andrew Grimm*
                                  Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: November 29, 2023          Respectfully submitted,

                                 */s/ Andrew Grimm*
                                 Andrew Grimm