# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of November, two thousand twenty-three.

_____

Emelike Nwosuocha,

        Plaintiff - Appellant,

v.

Donald McKinley Glover, II, Sony Music Entertainment, Young Stoner Life Publishing LLC, Kobalt Music Publishing America, Inc., DBA Songs of Kobalt Music Publishing, Theory Entertainment LLC, DBA 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing LLC, DBA Songs of Roc Nation, Songs of Universal, Inc., WarnerTamerlane Publishing Corp., Ludwig Emil Tomas Goransson, Jefferey Lamar Williams,

        Defendants – Appellees.

_____

**ORDER**

Docket No. 23-703

    Appellant moves for an extension of time to December 4, 2023 to file a reply brief. Appellees do not oppose this request.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court