# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-703

**Motion for:** Motion to Deem Corrected, Substitute Reply Brief Filed 7 Minutes Out of Time as Timely Filed

**Precise, complete statements of relief sought:**

Due to technical issues encountered on CM/ECF, the corrected, substitute reply brief (Dkt. 126) would not upload as usual. Counsel made many attempts to identify and fix the issue. They were able to upload it finally by 12:06am on 12/8/23. This motion seeks to have it deemed timely filed.

Nwosuocha v. Glover

**MOVING PARTY** Emelike Nwosuocha  **OPPOSING PARTY** Donald Glover

[X] Plaintiff   [ ] Defendant
[X] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY** Gregory Keenan   **OPPOSING ATTORNEY** Jonathan Davis

DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

JONATHAN D. DAVIS, P.C.
1 Rockefeller Center, Suite 1712
New York, New York 10020
(212) 687-5464
JDD@JDDavisPC.com

**Court-Judge/Agency appealed from** Hon. Victor Marrero, District Judge, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by L.R. 27.1):
[ ] Yes [X] No (explain): The need for this motion arose at midnight.

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

Is oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [X] No. If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below? Yes  No
Has this relief been previously sought in this court? Yes  No
Requested return date and explanation of emergency:

**Signature of moving attorney:**

*/s/ Gregory Keenan*   **Date:** 12/8/23   **Service:** [X] Electronic   [ ] Other [Attach proof of service]

Form-T-1080 equivalent

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

EMELIKE NWOSUOCHA,

   *Plaintiff-Appellant*,

v.

DONALD GLOVER II, et al.,

   *Defendant-Appellees*.

Civil Appeal No. 23-703

**APPELLANT'S MOTION FOR LEAVE TO FILE OUT OF TIME AND DEEM TIMELY FILED THE CORRECTED, SUBSTITUTE REPLY BRIEF FILED 7 MINUTES OUT OF TIME**

Pursuant to Federal Rules of Appellate Procedure 2, 26, and 27, Appellant Emelike Nwosuocha hereby moves for and respectfully requests that the Court deem the corrected, substitute reply brief filed at 12:06 am Eastern time, Dkt. 126 in the appellate docket, as timely filed.

Here, Nwosuocha through counsel timely filed his Reply Brief on December 4, 2023. 2d Cir. Dkt. 124. On December 5, 2023, a notice of defective filing was issued. 2d Cir. Dkt. 125. That notice instructed that certain corrections be made and a corrected reply brief be submitted to this Court by December 7, 2023. 2d Cir. Dkt. 125. On December 7, 2023, when attempting to upload and submit the corrected, substitute reply Brief, Nwosuocha's appellate counsel encountered below-described technical difficulties. These technical difficulties did not permit counsel to upload the file to the appellate CMECF system until 7 minutes after the deadline.

When Nwosuocha's counsel attempted to upload the reply brief, the system would act as though no file was uploaded, neither giving an error notification or any indication why the file would not upload. Counsel checked the file and reviewed it repeatedly. Despite their multiple attempts both to upload the file and find a way to address CM/ECF's issue before the filing deadline, the corrected, substitute reply brief was only finally accepted by CM/ECF and submitted at 12:06am—seven minutes after the deadline. See 2d Cir. Dkt. 125.

When making corrections, Nwosuocha's counsel had begun working off of the same Microsoft word document that had been successfully submitted on December 4, 2023. After correcting the reply brief, Appellants' counsel saved the word document as a .pdf file as usual and then attempted to upload the file to the CMECF system for filing.

In doing so, Appellants' counsel followed the same process previously used to successfully save, upload, and submit the original reply brief on December 4—and the same process used to successfully save, upload, and submit briefs using the CMECF system on numerous prior occasions. However, the file would not upload to the CMECF platform as usual. Despite numerous attempts to save and upload the file for submission, the CMECF system was reacting as if no document were being uploaded.

Counsel consulted with co-counsel to try to remedy the problem. Counsel tried attaching and uploading the file numerous times. They attempted to change the file format to try to identify and address the technical issue.

Despite those efforts, the file still would not upload to the CMECF system. Due to these difficulties, counsel emailed a copy of the Corrected Reply Brief to the Second Circuit's electronic filing help desk. While drafting this email to the CM/ECF help desk, counsel was ultimately able to get the file successfully uploaded to the appellate CM/ECF system and file the corrected, substitute reply brief at 12:06 am—seven minutes after the deadline. See 2d Cir. Dkt. 126.

The document filed as Dkt. 126 is in the format the corrected substitute reply brief was in as completed prior to the midnight filing deadline. If the CM/ECF system had accepted the upload of this document, it would have been timely filed. However, the CM/ECF system did not accept multiple attempts to timely file, so counsel had to continue to try to adjust the document to get it filed.

In sum, the corrected reply brief was filed 7 minutes late. The reason for the delay is the CM/ECF difficulties because it would not accept an upload of the file (and gave no discernable error notice or reason for rejecting it). There is no prejudice to opposing counsel because this is a reply brief. And, counsel made a good-faith attempt to upload a corrected reply brief.

Nwosuocha's nonprofit appellate counsel have *never* opposed an extension request / out-of-time filing request in their career in any forum.

Given the above, it is respectfully submitted that the corrected substitute reply brief lodged at 12:06am Eastern time should be deemed timely and the reply brief accepted. See, e.g., Emiabata v. Farmers Ins. Corp., 848 F. App'x 27, 29 (2d Cir. 2020) ("We GRANT Emiabata's motion to file an untimely reply brief."); Rolle v. St. George, 833 F. App'x 844, 847 (2d Cir. 2020) ("Accordingly, we **GRANT** the motion to file an untimely reply brief and appendix[.]"); Smith v. Johnson, 636 F. App'x 34, 36 n.2 (2d Cir. 2016) ("We also grant Smith's motion to file an untimely reply brief."); DeSalvo v. Volhard, 312 F. App'x 394, 395 (2d Cir. 2009) ("DeSalvo made a motion to file a reply brief out of time at oral argument on this appeal. We grant the motion and consider DeSalvo's reply brief here."); Pridgen v. Andresen, 113 F.3d 391, 392 n.1 (2d Cir. 1997) (granting leave to file brief out of time).

Counsel have not consulted with opposing counsel because the need to file this motion out of time arose shortly after midnight. Counsel expect that opposing counsel will see it when they wake up due to the CM/ECF notice and want to be respectful of sending multiple notices in the middle of the night.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Date: December 8, 2023	Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **1,338** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: December 8, 2023                    Respectfully submitted,

                                          */s/ Gregory Keenan*
                                          Gregory Keenan

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: December 8, 2023     Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan