---

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: **Jonathan D. Davis**
Firm Name (if applicable): **Jonathan D. Davis, P.C.**
Current Telephone Number: **(212) 687-5464**

The above named attorney represents:
( ) Appellant/Petitioner    (X) Appellee-Respondent** ( ) Intervenor

Date: **03/29/2024**        Signature: _[signature]_

## NOTICE TO THE BAR

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $34 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick-up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

Rev. 10/2023

**\*\*Jonathan D. Davis represents Appellees-Respondents Donald McKinley Glover, II, Sony Music Entertainment, Young Stoner Life Publishing, LLC, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, 300 Entertainment LLC (f/k/a Theory Entertainment LLC d/b/a 300 Entertainment), Atlantic Recording Corporation, Warner-Tamerlane Publishing Corp., Ludwig Emil Tomas Göransson, and Jeffrey Lamar Williams.**

**He will present the argument on April 15, 2024 on behalf of all Appellees-Respondents.**