# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| EMELIKE NWOSUOCHA, *Plaintiff-Appellant*, v. DONALD GLOVER II, et al., *Defendant-Appellees*. | Civil Appeal No. 23-703 |

## NOTICE OF HEARING DATE ACKNOWLEDGEMENT

| | |
|---|---|
| Attorney Presenting Argument | **Gregory Keenan** |
| Firm Name | **DIGITAL JUSTICE FOUNDATION** |
| Current Telephone Number | **(516) 633-2633** |
| Representing | **Appellant/Petitioner** (Emelike Nwosuocha) |
| Argument Date/Time | Monday, April 15, 2024 at 10:00am |
| Location | Thurgood Marshall U.S. Courthouse 40 Foley Square New York, NY 10007 17th Floor, Room 1703 |
| Time Allotment | 10 minutes per side |

Date: March 30, 2024

Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: March 30, 2024             Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan