**quinn emanuel** trial lawyers | dallas

3100 McKinnon Street, Suite 1125, Dallas, Texas 75201 | TEL (469) 902-3600 FAX (469) 902-3610

WRITER'S DIRECT DIAL NO.
**(214) 447-0066**

WRITER'S EMAIL ADDRESS
**paulmaslo@quinnemanuel.com**

April 10, 2024

<u>VIA ECF</u>
Honorable Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Nwosuocha v. Glover, II, et al.*, No. 23-703

Dear Ms. Wolfe:

      I represent Appellee Roc Nation Publishing LLC, DBA Songs of Roc Nation, and write regarding the oral argument set for Monday, April 15, 2024, at 10:00 a.m.

      I am not presenting argument. Instead, Mr. Jonathan Davis will argue on behalf of all Appellees. But I would still like to attend the hearing.

      Because I reside in Dallas, Texas, I am requesting permission to do so remotely, via telephone.

Respectfully submitted,

Paul B. Maslo

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH