# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-703

**Motion for:** Leave for Appellate Counsel to Bring Electronic Devices into the Federal Courthouse for Use During Argument

**Precise, complete statements of relief sought:** An order granting leave for appellate counsel to bring electronic devices (laptop, audio playback equipment) into the federal courthouse and oral-argument courtroom for the purpose of assisting in presentation of argument and/or avoiding additional unnecessary printing expense

Nwosuocha v. Glover

**MOVING PARTY:** Emelike Nwosuocha       **OPPOSING PARTY:** Donald Glover

[X] Plaintiff      [ ] Defendant
[X] Appellant/Petitioner      [ ] Appellee/Respondent

**MOVING ATTORNEY:** Andrew Grimm          **OPPOSING ATTORNEY:** Jonathan Davis

DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

JONATHAN D. DAVIS, P.C.
1 Rockefeller Center, Suite 1712
New York, New York 10020
(212) 687-5464
JDD@JDDavisPC.com

**Court-Judge/Agency appealed from:** Hon. Victor Marrero, District Judge, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by L.R. 27.1):
[X] Yes   [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed   [X] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [ ] No   [X] Don't Know

Is oral argument on motion requested?   [X] Yes   [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [X] Yes   [ ] No, if yes, enter date: **Monday, April 15, 2024**

**Signature of moving attorney:**

*/s/ Andrew Grimm*   **Date:** 4/11/24   **Service:** [X] Electronic   [ ] Other [Attach proof of service]

Form-T-1080 equivalent

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Emelike Nwosuocha,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>Donald Glover II, et al.,<br><br>    *Defendant-Appellees*. | Civil Appeal No. 23-703 |

### APPELLANT'S MOTION FOR LEAVE TO PERMIT APPELLATE COUNSEL TO BRING ELECTRONIC DEVICES INTO THE COURTROOM & COURTROOM FOR ORAL ARGUMENT

Appellant Emelike Nwosuocha hereby moves for and respectfully requests that the Court grant leave for all appellate counsel (both his counsel and Appellees' appellate counsel) to bring electronic devices into the federal court and into courtroom for the purposes of oral argument scheduled for this upcoming Monday, April 15, 2024. These devices would include (1) each counsel's laptop (with chargers, mouse, *etc.*) and (2) an electronic audio-playback device for playing the two songs in question. Several reasons justify granting leave here.

<u>*First*</u>, the central merits question in this copyright dispute relates to aural musical qualities—*i.e.*, the similarity of—certain aspects of the two songs in suit. Insofar as the Court has questions regarding these songs and their similarity, the central answer is provided by listening to key portions of the songs themselves.

Granting leave will facilitate counsel to addressing those issues and answering any questions the Court may have on the songs' similarity. Accordingly, leave should be granted to bring in audio-play-back devices and/or speakers as well as appellate counsel's laptop.

*Second*, leave will avoid the burden and expense of substantial printing—printing that would be unnecessary if counsel are permitted to bring their electronic devices (*i.e.*, their laptops), into the federal courthouse and into the oral-argument courtroom. Specifically, if the Court has questions regarding the record, the ability to bring a laptop in to the courthouse and courtroom facilitates the speedy answering of any questions as well as avoiding the additional burden of printing those materials in advance of the hearing.

Any leave granted to Appellant's counsel should also be afforded to Appellees' counsel.

\* \* \* \* \*

Appellees counsel opposes this motion. Lead appellate counsel stated via email: "Defendants-Appellees will not consent to your use of any sound recording(s) during the oral argument. This is an appellate argument and not a hearing with testimony/evidence." While it is true that an appellate oral argument is not an evidentiary hearing, that is beside the point. The central and best evidence on similarity is the aural nature of the songs themselves.

Indeed, the substantial-similarity test turns on whether audiences would or, on this posture, could view the portions at issue as substantially similar—and the manner in which the audience would make that assessment is by _listening_ to the aural qualities of the songs. So, although an appellate oral argument is clearly not the time for adding _new_ evidence, it _is_ a time for examining the best evidence in the manner in which the relevant audience would appreciate it—here, by listening to the portions that exhibit identical flows, identical rap elements, *etc.* And, doing so requires permitting devices to use that audio.

For these reasons, the Court is respectfully requested to grant leave for counsel on both sides to bring their laptops and/or audio playback devices into the Second Circuit's courthouse and the oral-argument courtroom.

Date: April 11, 2024					Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **927** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: April 11, 2024                    Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: April 11, 2024                    Respectfully submitted,

                                        */s/ Andrew Grimm*
                                        Andrew Grimm