**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and twenty-four,

_____

Emelike Nwosuocha,

    Plaintiff - Appellant,

v.

Donald McKinley Glover, II, Sony Music Entertainment, Young Stoner Life Publishing LLC, Kobalt Music Publishing America, Inc., DBA Songs of Kobalt Music Publishing, Theory Entertainment LLC, DBA 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing LLC, DBA Songs of Roc Nation, Songs of Universal, Inc., WarnerTamerlane Publishing Corp., Ludwig Emil Tomas Goransson, Jefferey Lamar Williams,

    Defendants - Appellees,

RCA Records Label, Warner Music Group Corp,

    Defendants.

**ORDER**
Docket No. 23-703

_____

Andrew Grimm, counsel for Appellant has requested permission for counsel on both sides to use laptops (one each) in the courtroom for the purpose of referring to material during oral argument of the above-referenced case.

Andrew Grimm and Jonathan Davis are hereby authorized to use a personal laptop computer in the lawyer anteroom and courtroom for the limited purposes of referring to material during oral argument and for note taking directly related to oral argument in the above-referenced matter. Appellant's request for permission to bring an audio playback equipment is DENIED.

The use of a cellular phone or smart wearable technology to including watches, rings, or headsets is **barred.**

Andrew Grimm and Jonathan Davis each certifies that (1) he will not use the device to make or record images or sounds or to send or receive wireless transmissions; and (2) the device lacks wireless data transmission capability, or alternatively that all access to wireless communication, including Bluetooth and Wi-Fi protocols, has been disabled.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court